# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

DIEGO HERNANDEZ

DEFENDANT(S).

---

# INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute
Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 18th day of

October 2022 .

Clerk

Bail, $ WARRANT

Hon. Thomas S. Hixson, U.S. Magistrate Judge

FILED

Oct 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

```
┌─────────────────────────────────────┐
│              FILED                   │
│                                      │
│           Oct 18 2022                │
│                                      │
│          Mark B. Busby              │
│   CLERK, U.S. DISTRICT COURT        │
│  NORTHERN DISTRICT OF CALIFORNIA    │
│          SAN FRANCISCO              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-00402 JSC |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 – Forfeiture Allegation |
| v. | |
| DIEGO HERNANDEZ, | |
| Defendant. | |

## I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE</u>:          (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine)

On or about May 19, 2022, in the Northern District of California, the defendant,

DIEGO HERNANDEZ,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT

1   FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

2       The allegations contained above are hereby re-alleged and incorporated by reference for the

3   purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

4       Upon conviction of any of the offense alleged in Count One above, the defendant,

5                                      DIEGO HERNANDEZ,

6   shall forfeit to the United States all right, title, and interest in any property constituting and derived from

7   any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property

8   used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such

9   violations.

10      If any of the property, as a result of any act or omission of the defendant:

11          a.      cannot be located upon exercise of due diligence;

12          b.      has been transferred or sold to, or deposited with, a third party;

13          c.      has been placed beyond the jurisdiction of the court;

14          d.      has been substantially diminished in value; or

15          e.      has been commingled with other property which cannot be divided without

16                  difficulty,

17  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

18  United States Code, Section 853(p).

19  DATED:  October 18, 2022                          A TRUE BILL.

20

21                                                   */s/ Foreperson*
                                                     FOREPERSON
22                                                   San Francisco

23

24  STEPHANIE M. HINDS
    United States Attorney
25

26  */s/ Wendy M. Garbers*
    WENDY M. GARBERS
27  Assistant United States Attorney

28

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- 20 years imprisonment (21 U.S.C. § 841(b)(1)(C))
- $1,000,000 fine (18 U.S.C. 841(b)(1)(C))
- 3 years supervised release (18 U.S.C. 841(b)(1)(C))
- $100 special assessment (18 U.S.C. § 3013)

**DEFENDANT - U.S**

► DIEGO HERNANDEZ

DISTRICT COURT NUMBER
3:22-cr-00402 JSC

**FILED**

Oct 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI, Manuel Villagran

☒ person is awaiting trial in another Federal or State Court, give name of court

San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Stephanie Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Wendy M. Garbers

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

} ☐ Federal  ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
San Francisco County Jail #3

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments: