1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2  THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
3  WENDY M. GARBERS (CABN 2132018)
Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6475
6  FAX: (415) 436-7234
   wendy.garbers@usdoj.gov
7
Attorneys for United States of America
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| 12  UNITED STATES OF AMERICA, | ) | CASE NO.  3:22-cr-00402-JSC |
| 13      Plaintiff, | ) ) | |
| 14      v. | ) ) ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| 15  DIEGO HERNANDEZ, | ) ) | |
| 16      Defendant. | ) ) | |
| 17 _____ | ) | |

18  TO:    The Honorable Alex G. Tse, United States Magistrate Judge for the Northern District of

19  California:

20

21        Assistant United States Attorney Wendy M. Garbers respectfully requests that the Court issue a

22  Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DIEGO HERNANDEZ, whose

23  place of custody or jailor are set forth in the requested Writ, attached hereto.

24        The prisoner, DIEGO HERNANDEZ, is required to appear as a defendant in the above-entitled

25  matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner

26  prays that the Court issue the Writ as presented.

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-cr-00402-JSC

1    Dated: November 2, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

/s/*Wendy M. Garbers*
Wendy M. Garbers
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-cr-00402-JSC

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6475
      FAX: (415) 436-7234
      wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:22-cr-00402-JSC<br>)<br>)<br>) [PROPOSED] ORDER GRANTING PETITION<br>) FOR WRIT OF HABEAS CORPUS AD<br>) PROSEQUENDUM |
| Plaintiff, | |
| v. | |
| DIEGO HERNANDEZ, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant DIEGO HERNANDEZ, before this

Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the

defendant be present for all future hearings, is granted and the Writ shall be issued as presented.


DATED: _____          _____
                                    Hon. Alex G. Tse
                                    United States Magistrate Judge

1

2

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

3    TO:    MARC KOLC, Actin United States Marshal for the Northern District of California and San

4           Francisco County Jail #3 and /or any of their authorized deputies:

5

6        Pursuant to the foregoing petition and order, you are directed to produce the body of DIEGO

7    HERNANDEZ, who is in the custody of San Francisco County Jail #3, before the Honorable Alex G.

8    Tse, United States District Judge for the Northern District of California, located at the San Francisco

9    Federal Courthouse, located at 450 Golden Gate Ave., Courtroom A—15th Floor, San Francisco,

10   California 94117, on November 30, 2022, at 10:30 a.m., or as soon thereafter as practicable, on the

11   charges filed against defendant in the above-entitled Court and further to produce said defendant at all

12   future hearings as necessary until the termination of the proceedings in this Court.

13       Should the current custodian release DIEGO HERNANDEZ from its custody, you are directed

14   that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District

15   of California and/or his authorized deputies under this Writ.

16

17

18   DATED: _____              CLERK, UNITED STATES DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA
19

20                                     By:    _____

21                                            DEPUTY CLERK

22

23

24

25

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-cr-00402-JSC