```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2  THOMAS A. COLTHURST (CABN 99493)
    Chief, Criminal Division
 3  WENDY M. GARBERS (CABN 213208)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6475
 6      FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
 7
    Attorneys for United States of America
```

**FILED**

OCT 0 3 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO HERNANDEZ,<br><br>Defendant. | CASE NO. 3:22-cr-00402-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DIEGO HERNANDEZ, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: 11/2/2022

_____
Hon. Alex G. Tse
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 3:22-cr-00402-JSC

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MARC KOLC, Actin United States Marshal for the Northern District of California and San Francisco County Jail #3 and /or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DIEGO HERNANDEZ, who is in the custody of San Francisco County Jail #3, before the Honorable Alex G. Tse, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Ave., Courtroom A—15th Floor, San Francisco, California 94117, on November 30, 2022, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release DIEGO HERNANDEZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

**MARK B. BUSBY**

DATED: 11-3-2022

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK    MARK J. JENKINS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-cr-00402-JSC