JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Candis_Mitchell@fd.org

Counsel for Defendant Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–402 JSC |
| Plaintiff, | **Stipulation and [Proposed] Order to Continue Status Hearing** |
| v. | |
| **Diego Hernandez**, | |
| Defendant. | |

Defendant Diego Hernandez is presently set for a status hearing on January 25, 2023. The parties have meet and conferred and anticipate that a resolution will be reached shortly for the matter. Additionally, Mr. Hernandez and counsel need additional time to complete review of the discovery materials. Accordingly, the parties are requesting a continuance until Wednesday, February 22, 2023, at 9:00 a.m.

Because the parties are continuing to work to resolve the matter, the parties are requesting an exclusion of time under the Speedy Trial Act until the new date.

The government has no objection to this proposed continuance and exclusion of time.

1
2                                                        IT IS SO STIPULATED.
3
4    Dated:    January 23, 2023
5
                                                         JODI LINKER
                                                         Federal Public Defender
6                                                        Northern District of California
7
                                                                 /S
8                                                        CANDIS MITCHELL
                                                         Assistant Federal Public Defender
9
10   Dated:    January 23, 2023
11
                                                         STEPHANIE M. HINDS
12                                                       United States Attorney
                                                         Northern District of California
13
                                                                 /S
14                                                       WENDY GARBERS
                                                         Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING
*HERNANDEZ*, CR 22–402 JSC

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–402 JSC |
| Plaintiff, | **[Proposed] Order to Continue Status Hearing** |
| v. | |
| **Diego Hernandez,** | |
| Defendant. | |

Therefore, for good cause shown the hearing currently scheduled on January 25, 2023, shall be vacated. The hearing shall be continued until February 22, 2023, at 9:00 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

          IT IS SO ORDERED.


Dated:   _____                     _____
                                        JACQUELINE SCOTT CORLEY
                                        United States District Judge