IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–402 JSC |
| Plaintiff, | [~~Proposed~~] **Order to Continue Status Hearing** |
| v. | |
| **Diego Hernandez,** | |
| Defendant. | |

Therefore, for good cause shown the hearing currently scheduled on January 25, 2023, shall be vacated. The hearing shall be continued until February 22, 2023, at 9:00 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 23, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge

[~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING
*HERNANDEZ*, CR 22–402 JSC

1