# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CRIMINAL MINUTES

**Date:** March 1, 2023     **Time:** 00:02     **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 22-cr-00402-JSC-1     **Case Name:** USA v. Diego Hernandez
[x] **Present**  [ ] **Not Present**  [x] **In-Custody & Remanded**

**Attorney for Government:** Wendy Garbers
**Attorney for Defendant:** Candis Mitchell

**Deputy Clerk:** Ada Means     **Liberty Recording Time:** 10:09-10:11

## PROCEEDINGS

Further status conference held. Discovery has been completed. The matter is continued to **April 12, 2023 at 10:00 a.m.** for a Change of Plea hearing. The parties to submit a copy of the plea agreement to jsccrd@cand.uscourts.gov by noon on Monday, April 10, 2023.

**EXCLUDABLE DELAY:**
Category: Effective preparation of counsel.
**Begins:** March 1, 2023
**Ends:** April 12, 2023